1  ANDREW R. HADEN
   Acting United States Attorney
2  OLEKSANDRA Y. JOHNSON
   Assistant U.S. Attorney
3  California State Bar No. 265442
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone:(619)546-9769
   E-mail: Oleksandra.Johnson@usdoj.gov
6

7  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-CR-2712-JLS |
|---|---|
| Plaintiff, | NOTICE OF LIS PENDENS FOR PROPERTY LOCATED AT 423 Meadow View, Aguanga, California 92536 |
| v. | |
| GEMMA TRAYA AUSTIN (1), MICHAEL CRIS TRAYA SORDILLA (2), BRYAN NAVALES TAROSA (3), | |
| Defendant. | |

**OWNERS OF RECORD:** GEMMA TRAYA AUSTIN AND MICHAEL GLENN AUSTIN

PLEASE TAKE NOTICE that the indictment has been returned in the United States District Court for the Southern District of California against Defendant GEMMA TRAYA AUSTIN. A Bill of Particulars has also been filed, which seeks the forfeiture of Defendant Gemma Austin's right, title to, and interest in that real property located at 423 Meadow View, Aguanga, California 92536, and all appurtenances affixed thereto. The real property is more particularly described as:

**ASSESSORS PARCEL NO. 580-240-007**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF RIVERSIDE STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 423 OF TRACT NO. 3925, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 65, PAGES 15 THROUGH 43 INCLUSIVE OF MAPS, AND AS AMENDED BY CERTIFICATE OF CORRECTION RECORDED FEBRUARY 16, 1973, AS INSTRUMENT NO. 20585, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING 50% OF ALL METALS AND MINERALS AND ALL PETROLEUM, NATURAL GAS AND OTHER HYDROCARBON SUBSTANCES IN OR UNDER SAID PROPERTY AND EVERY PART THEREOF AND THE RIGHT TO EXTRACT SAME, BUT WITHOUT RIGHT OF ENTRY UPON OR THROUGH SAID REAL PROPERTY EXCEPT BENEATH A DEPTH OF 500 FEET BELOW THE PRESENT SURFACE OF SAID REAL PROPERTY, AS RESERVED IN THAT DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS EXECUTED BY GRAYCO LAND ESCROW, LTD., A CORPORATION, AND RECORDED APRIL 10, 1979 AS INSTRUMENT NO. 33659.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, AND PUBLIC UTILITY PURPOSES IN AND OVER THOSE PORTIONS OF TRACT NO. 3925 IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 65, PAGE 15, OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY SHOWN AS ROAD EASEMENTS ON SAID MAP, EXCEPT FOR LOTS 70, 252, 308, 382, 426, 486, 583, 586, AND 735.

Upon conviction, Defendant GEMMA TRAYA AUSTIN will be ordered to forfeit to the United States the real property located at 423 Meadow View, Aguanga, California 92536, APN 580-240-007, in that said property is constituting and derived from proceeds traceable to such offenses in violation of Title 18, United States Code, Sections 1349 and 1956(h), thereby subjecting it to forfeiture to the United States

1 | pursuant to Title 18 United States Code, Sections 981(a)(l)(C), 982(a)(l), and Title
2 | 28, United States Code, Section 2461(c).

The owners of record of the above-described property are Gemma Traya Austin and Micheal Glenn Austin.

BE ADVISED THAT upon the entry of an Order of Criminal Forfeiture in favor of the United States, all right, title and interest of Gemma Traya Austin in said property shall vest in the United States back to the date of the commission of the acts giving rise to the forfeiture.

DATED: March 5, 2025.

ANDREW R. HADEN
Acting United States Attorney

*/s/ Johnson*
OLEKSANDRA Y. JOHNSON
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-CR-2712-JLS |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| GEMMA TRAYA AUSTIN (1), | |
| Defendant. | |

IT IS HEREBY CERTIFIED that:

I, Oleksandra Johnson, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of Notice of Lis Pendens, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, certified mail, to the following non-ECF participants in this case, or to their legal counsel:

1. Gemma Traya Austin
   484 Jamul Court,
   Chula Vista, California 91911

2. Michael Glenn Austin
   484 Jamul Court,
   Chula Vista, California 91911

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 5, 2025.

    /s/*Oleksandra Y. Johnson*
OLEKSANDRA Y. JOHNSON
Assistant United States Attorney
Attorney for Plaintiff