ANTONIO F. YOON
California State Bar Number 163961
501 W. Broadway, Suite A-387
San Diego, CA 92101
(619) 544-0021

Attorney for Mr. Sordilla

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL TRAYA SORDILLA<br><br>　　　　Defendant, | Case No.24cr2712-JLS-2<br><br>SUBSTITUTION OF ATTORNEY |

　　　Defendant, Michael Traya Sordilla, hereby substitutes Antonio F. Yoon, as his attorney of record in place of Katherine C. McBroom.

DATED: June 24, 2025

　　　　　　　　　　　　　　　Michael Traya Sordilla

DATED: 06/30/25

　　　　　　　　　　　　　　　Katherine C. McBroom

Above substitution accepted.

DATED: 6/24/25

　　　　　　　　　　　　　　　Antonio F. Yoon