1
2
3           UNITED STATES DISTRICT COURT
4          SOUTHERN DISTRICT OF CALIFORNIA
5
6
7

8    UNITED STATES OF AMERICA,          CASE NO.:  Case No. 24cr2712-JLS

9               Plaintiff,              **ORDER TO SUBSTITUTE COUNSEL**

10       v.

11   MICHAEL TRAYA SORDILLA (2),

12              Defendant.

13

14       The motion for substitution of counsel is granted. Antonio Yoon shall be

15   counsel of record in place of Katherine McBroom.

16       IT IS SO ORDERED.

17   Dated:  July 2, 2025

                                        *Janis L. Sammartino*
18                                      Hon. Janis L. Sammartino
                                        United States District Judge
19
20
21
22
23
24
25
26
27
28