# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        V.<br><br>**Michael Cris Traya Sordilla,**<br><br>                    Defendant. | Criminal Case No. **24-cr-2712-JLS-2**<br><br><u>ORDER</u> |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted, and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 and 2  of the Superseding Indictment .

Dated:  June 4, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

24-cr-2712-JLS-2