UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CRIS TRAYA SORDILLA (2),<br><br>Defendant. | CASE NO.:  Case No. 24cr2712-JLS<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing is continued from July 24, 2026 to September 4, 2026 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 10, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge